# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| JAMES MICHAEL WILLIAMS, INDIVIDUAL,<br><br>Appellant,<br><br>vs.<br><br>BELLAGIO, LLC, D/B/A BELLAGIO HOTEL & CASINO,<br><br>Respondent. | No. 71008<br><br>**FILED**<br><br>DEC 0 5 2016 |

*ORDER DISMISSING APPEAL*

Cause appearing, appellant's notice of withdrawal of appeal is treated as a motion for a voluntary dismissal and granted. This appeal is dismissed. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc:   Hon. Adriana Escobar, District Judge
     Nersesian & Sankiewicz
     Kravitz, Schnitzer & Johnson, Chtd.
     Dana Jonathon Nitz, Settlement Judge
     Eighth District Court Clerk

16-37610